## LONG v. LONG.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by William T. Long against William Long.
No opinion. Motion for reargument denied. See 21 N. Y. Supp. 871.

---

## McCORMICK, Respondent, v. McCORMICK, Appellant.·

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by Thomas P. McCormick against John McCormick, Jr., impleaded, etc. No opinion. Leave granted to defendant to make and serve a proposed case and exceptions on appeal within 15 days, on payment of $10 costs of .opposing this motion.

---

## McDONALD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by Bridget McDonald, administratrix, etc., against the New York Central & Hudson River Railroad Company.
No opinion. Motion to amend order granted. See 18 N. Y. Supp. 609.

---

## ORDWAY, Respondent, v. VILLAGE OF CANISTEO, Appellant.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by William H. Ordway against the village of Canisteo.
No opinion. Motion for reargument or for leave to appeal to court of appeals denied. See 21 N. Y. Supp. 835.

---

## HILLIARD, Respondent, v. MOTTVILLE PAPER CO., Limited, Appellant.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by Frank Hilliard against the Mottville Paper Company, Limited.
No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

## PEASE et al., Respondents, v. PEASE et al., Appellants.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by Frank P. Pease and another against Anna De Etta Pease and another, and two other cases of same bill.
No opinion. Order in each case appealed from affirmed, with $10 costs of one case and disbursements in the three cases.

---

## SALISBURY et al., Respondents, v. MOTT, Appellant.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by John B. Salisbury and another against George Mott.
No opinion. Judgment of county court of Ontario county appealed from affirmed, with costs.

---

## SUPERINTENDENT OF POOR OF CATTARAUGUS COUNTY v. SUPERINTENDENT OF POOR OF ERIE COUNTY.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by the superintendent of the poor of the county of Cattaraugus against the superintendent of the poor of the county of Erie.
No opinion. Motion for leave to appeal to the court of appeals granted. See 21 N. Y. Supp. 729.